# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ALVAREZ, | Case No. 1:16-cv-00203-AWI-SKO (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF |
| v. | |
| HASHIMI, M.D., | (Docs. 10, 13) |
| Defendant. | |

Plaintiff, Raul Alvarez, is a state prisoner proceeding *pro se* and *in forma pauperis* in this in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. Plaintiff filed a motion seeking injunctive relief on March 4, 2016. (Doc. 10.) On May 2, 2016, the Magistrate Judge issued a Findings and Recommendations ("F&R") to deny Plaintiff's motion for lack of jurisdiction. (Doc. 13.) The F&R was served that same date and allowed for filing of objections within thirty days. (*Id.*) Despite lapse of more than double the time allowed, Plaintiff has not filed any objections.

In accordance with 28 U.S.C. § 636(b), the Court has reviewed this case and finds the F&R to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The F&R issued on May 2, 2016 (Doc. 13) is adopted in full; and
2. Plaintiff's motion for injunctive relief, filed on March 4, 2016 (Doc. 10) is DENIED.

IT IS SO ORDERED.

Dated: July 25, 2016

_____
SENIOR DISTRICT JUDGE

1