# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ALVAREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NASTRAN HASHEMI,<br><br>　　　　　Defendant. | **Case No. 1:16-cv-00203-AWI-SKO (PC)**<br><br>**ORDER MODIFYING SCHEDULING ORDER EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS**<br><br>**(Docs. 23, 27)**<br><br>Dispositive Motion Deadline: 09/22/2017 |

**I.　Background**

Plaintiff, Raul Alvarez, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 5, 2016, and is proceeding on claims of deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment against Defendant, Nastran Hashemi. The current Discovery and Scheduling Order issued on September 29, 2016, and set August 10, 2017, as the deadline for filing dispositive motions. (Doc. 23.) On August 7, 2017, Defendant filed a motion requesting to extend that deadline to September 22, 2017. (Doc. 27.) While the time for Plaintiff to file an opposition has not yet lapsed, he will not be prejudiced by premature consideration of Defendant's motion as the extension granted herein is extended on his behalf as well.

///

///

//

1

## II. Modification of Scheduling Order

Federal Rule of Civil Procedure[1] 16(b) requires a party show "good cause" when seeking to modify a scheduling order. Rule 16(b)'s good cause standard focuses primarily on the diligence of the moving party, *id.*, and the reasons for seeking modification, *C.F. ex rel. Farnan v. Capistrano Unified Sch. Dist.*, 654 F.3d 975, 984 (9th Cir.2011). If the party seeking to amend the scheduling order fails to show due diligence, the inquiry should end and the court should not grant the motion to modify. *Zivkovic v. Southern California Edison, Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002). Defendant's motion shows that he has exercised due diligence, but has been unable to prepare a dispositive motion in this case because of an upcoming, out of state trial and new assignments due to the recent departure of another Deputy. This satisfies Rule 16(b)'s good cause standard.

## III. Order

Accordingly, it is **HEREBY ORDERED** that:

(1) Defendant's motion to extend the dispositive motion filing deadline, filed on August 7, 2017, (Doc. 27), is **GRANTED**;

(2) the deadline for filing pre-trial dispositive motions is extended to **September 22, 2017**; and

(3) other than the above modification of deadlines, all requirements of the September 9, 2016 Discovery and Scheduling Order, (Doc. 23), remain in effect.

IT IS SO ORDERED.

Dated: **August 8, 2017**              /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The Federal Rules of Civil Procedure will be referred to as "Rule *." Any reference to other statutory authorities shall so indicate.