# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ALVAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NASTRAN HASHEMI,<br><br>　　　　Defendant. | 1:16-cv-00203-AWI-SKO (PC)<br><br>ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 29) |

On August 16, 2017, Plaintiff filed a motion seeking the appointment of counsel. (Doc. 29.) Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the Court cannot require an attorney to represent Plaintiff pursuant to 28 U.S.C. § 1915(e)(1). Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298 (1989). However, in certain exceptional circumstances the Court may request the voluntary assistance of counsel pursuant to section 1915(e)(1). Rand, 113 F.3d at 1525.

The Court does not have a reasonable method of securing and compensating counsel, but will seek volunteer counsel to assist Plaintiff in this action. However, there are a number of *pro se* inmates ahead of him on the Court's list for appointing counsel and it is unknown how long it may take to locate an attorney willing to represent Plaintiff.

For the foregoing reasons, Plaintiff's motion for the appointment of counsel is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **August 18, 2017**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1