UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ALVAREZ, | 1:16-cv-00203-AWI-SKO (PC) |
| Plaintiff, | ORDER DISREGARDING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF |
| v. | (Doc. 32) |
| NASTRAN HASHEMI, | |
| Defendant. | |

Plaintiff, Raul Alvares, is a state prisoner proceeding *in forma pauperis,* who has previously been proceeding *pro se.* Plaintiff's motion for appointment of counsel was recently granted; Plaintiff has been represented since August 31, 2017, and is no longer *pro se.* (Docs. 30, 31.)

On September 11, 2017, Plaintiff filed a motion seeking injunctive relief in which he states he believes he will be transferred, and requests that he only be transferred to Chino and that he not be separated from his legal property. (Doc. 32.) It appears that Plaintiff was not served a copy of the order which identified his newly appointed counsel, and is unaware that counsel was appointed after Plaintiff filed his motion. Since Plaintiff is represented, he should refrain from filing documents and should only contact the Court through his attorney.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for injunctive relief, filed on September 11, 2017, (Doc. 32), is
   DISREGARDED;[1] and

---

[1] Nothing in this order prohibits Plaintiff's counsel from filing a substantially similar motion if deemed necessary.

2. The Clerk of the Court is directed to serve on Plaintiff a copy of this order and the order appointing counsel which issued on August 31, 2017 (Doc. 31).

IT IS SO ORDERED.

Dated: __September 13, 2017__                    /s/ _Sheila K. Oberto_
                                                UNITED STATES MAGISTRATE JUDGE