# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ALVAREZ,<br><br>        Plaintiff,<br><br>v.<br><br>NASTRAN HASHEMI,<br><br>        Defendant. | Case No. 1:16-cv-00203-AWI-SKO (PC)<br><br>**ORDER APPROVING STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>**(Doc. 35)**<br><br>Discovery Completion Deadline: 03/20/2018<br>Dispositive Motion Deadline: 05/21/2018 |

    On September 21, 2017, the parties submitted a stipulation to extend the deadlines for completion of discovery and filing of dispositive motions. (Doc. 35.) The parties have set forth good cause to modify the discovery and scheduling order based on the recent appointment of counsel for Plaintiff.

    Accordingly, it is HEREBY ORDERED that:

(1) the parties' stipulation to continue the deadlines for completion of discovery and filing of dispositive motions, filed on September 21, 2017, is APPROVED;

(2) the deadline for completion of discovery, including filing of motions to compel, is extended to March 20, 2018; and

(3) the deadline for filing of dispositive motions is extended to May 21, 2018.

IT IS SO ORDERED.

Dated:   **September 26, 2017**              /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE