# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ALVAREZ,<br><br>             Plaintiff,<br><br>      v.<br><br>NASTRAM HASHEMI, M.D.,<br><br>             Defendant. | **1:16-cv-00203-AWI-JLT (PC)**<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S SEPARATE STATEMENT IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Doc. 53)** |

Considering the recent order granting Plaintiff an extension of time to file a separate statement in opposition to Defendant's motion for summary judgment, Defendant requests leave to file a reply. (Doc. 53.) Good cause having been presented to the court the Court ORDERS that Defendant is granted seven days[1] to file a reply from the date of service of Plaintiff's separate statement, as allowed in the December 21, 2018 order.

IT IS SO ORDERED.

    Dated: __**January 4, 2019**__                    __/s/ Jennifer L. Thurston__
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] This is the usual time allowed for a reply in prisoner cases. *See* L.R. 230(*l*).